IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| FIBERTECTION, A FOX COMPANY, | ) ) ) Case No. CV-07-245-E-BLW |
| Plaintiff, | ) ) **JUDGMENT** |
| v. | ) ) ) |
| JOHN JENSEN, BECHTEL BWXT IDAHO, LLC, a Delaware Limited Liability Company, BEN NELSON, d.b.a. NELSON FIRE SYSTEMS, a Utah Company, and DOES 1 - 10, | ) ) ) ) ) ) |
| Defendants. | ) ) |

In accordance with the Memorandum Decision and Order filed concurrently herewith,

NOW THEREFORE IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that Judgment be entered in favor Defendants and that this case be DISMISSED in its entirety.

DATED: **December 22, 2008**

Honorable B. Lynn Winmill
Chief U. S. District Judge

**Judgment -- Page 1**